IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Richmond Division

CLIFFORD J. SCHUETT,

    Plaintiff,

v.                          Civil Action No. 3:17CV700

ERIC WILSON, et al.,

    Defendants.

FILED
NOV 28 2017
CLERK, U.S. DISTRICT COURT
RICHMOND, VA

## MEMORANDUM OPINION

Clifford J. Schuett, a federal inmate, submitted this civil action and applied to proceed in forma pauperis. The pertinent statute provides:

> In no event shall a prisoner bring a civil action [in forma pauperis] if the prisoner has, on 3 or more prior occasions, while incarcerated or detained in any facility, brought an action or appeal in a court of the United States that was dismissed on the grounds that it is frivolous, malicious, or fails to state a claim upon which relief may be granted, unless the prisoner is under imminent danger of serious physical injury.

28 U.S.C. § 1915(g). Schuett has at least three actions or appeals that have been dismissed as frivolous or for failure to state a claim. See Schuett v. Governor, State of Haw., Civ. No. 14-00374, 2014 WL 5781409, at *1-2 (D. Haw. Nov. 6, 2014) (denying in forma pauperis status and listing five cases that are strikes under § 1915(g));[1] see also Schuett v. Unknown Party,

---

[1] The United States District Court for the District of Hawaii cited the following five cases that count as strikes:

No. CV-14-01663-JJT (JZB) (D. Ariz. Oct. 22, 2014).[2] Schuett's current complaint does not demonstrate that he is in imminent danger of serious physical harm.

Accordingly, by Memorandum Order entered on October 30, 2017, the Court denied Schuett's request to proceed in forma pauperis is denied and directed him to submit the full $400.00 filing fee within eleven (11) days of the date of entry hereof.

More than eleven (11) days have elapsed and Schuett has failed to pay the full $400.00 filing fee. Accordingly, the action will be dismissed without prejudice.

The Clerk is directed to send a copy of this Memorandum Opinion to Schuett.

It is so ORDERED.

/s/ REP
Robert E. Payne
Senior United States District Judge

Date: November 26, 2017
Richmond, Virginia

---

Schuett v. Attorney Gen. of Cal., No. 14-6794 (C.D. Cal. Sept. 16, 2014); Schuett v. United States Marshal Serv., No. 2:13-cv-010163 JCM (D. Nev. July 29, 2013); Schuett v. Sheriff, Cnty. Jail of Rochester, New York, Civ. No. 6:95-cv-6216 (W.D.N.Y. May 30, 1995); Schuett v. Sheriff, Cnty. Jail of Rochester, New York, Civ. No. 6:95-cv-6157 (W.D.N.Y. May 30, 1995); Schuett v. BM Fauber, Civ. No. 88-73527 HWG (E.D. Mich. Sept. 13, 1988).

[2] The United States District Court for the District of Arizona cited four of the above-listed cases and one additional case: Schuett v. CEO-CCA-Correctional Corp. of America, No. 2:14-cv-1431-JAD-PAL (D. Nev. Oct. 3, 2014).

2